UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:16-cr-468-T-23AEP

MARTIN TEJADA-GALVAN

**STATUS REPORT**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report:

1. **Brief summary of the case's status:**

This case is currently on the April trial calendar. The defendant was indicted on November 3, 2016, on one count of illegal re-entry (Doc. 1). The initial appearance was held on February 8, 2017. The defendant is detained. Consistent with the Court's order (Doc. 7), the United States will provide discovery on or before February 18, 2017.

2. **Possibility of a plea agreement:**

At present, the possibility of a plea agreement is known.

3. **Number of days required for trial, for government's case-in-chief:**

2 days

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None

5. **Potential speedy trial problems:**

None

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: */s/ Jennifer L. Peresie*

Jennifer L. Peresie
Assistant United States Attorney
United States Attorney No. 120
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: jennifer.peresie@usdoj.gov

**U.S. v. Martin Tejeda-Galvin** **Case No. 8:16-cr-468-T-23AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Adam Allen, AFPD

*/s/ Jennifer L. Peresie*
Jennifer L. Peresie
Assistant United States Attorney
United States Attorney No. 120
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
E-mail: jennifer.peresie@usdoj.gov